IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02508-GPG

KEYON NESMITH,

    Petitioner,

v.

EL PASO COUNTY (DEPUTY MORSE), and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    Respondents have been ordered to file a pre-answer response, by November 17, 2022, to address the issues of jurisdiction, timeliness, and exhaustion, with Petitioner to file a reply brief by December 8, 2022. On October 27, 2022, Petitioner submitted three motions: *Motion to Pardon Timeliness of Filing*, *Motion Addressing Custody Jurisdiction*, and *Motion Addressing Exhaustion of State Remedies*. [ECF Nos. 11, 12, 13.] The motions [ECF Nos. 11, 12, 13 ] are **denied without prejudice** as moot and premature. The Court has already set a briefing schedule for the parties to address jurisdiction, timeliness, and exhaustion. (*See* ECF Nos. 5, 10.). Petitioner may address these issues in his reply brief, which is currently not due until December 8, 2022.

Dated: November 1, 2022